UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN ROBERT DEMOS, JR.,<br><br>                Petitioner,<br>     v.<br><br>JASON BENNETT,<br><br>                Respondent. | CASE NO. 2:24-cv-01380-TL-MLP<br><br>ORDER |

The Court, having reviewed Petitioner's proposed federal habeas petition; the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge; any objections or responses thereto; and the remaining record, hereby finds and ORDERS:

(1) The Report and Recommendation is approved and adopted.

(2) The Clerk shall administratively CLOSE this matter pursuant to the Order issued by the Court in *Demos v. Stanley*, No. MC97-31-JLW (W.D. Wash. Mar. 13, 1997).

(3) The Clerk shall send copies of this Order to Petitioner and to Judge Peterson.

DATED this 15th day of October 2024.

Tana Lin
United States District Judge

ORDER - 1